```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63980
    ELIZABETH BORNER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-8618


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/14/05 and confirmed on 02/16/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   9234.04 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 395.00 | 29.74 | 395.00 |
| MONARCH SERVICES GROUP | UNSECURED | 467.40 | .00 | 467.40 |
| AMERICASH LOANS | UNSECURED | 300.29 | .00 | 300.29 |
| CAPITAL ONE BANK | UNSECURED | 697.27 | .00 | 697.27 |
| CAPITAL ONE BANK | UNSECURED | 903.13 | .00 | 903.13 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | 2199.14 | .00 | 2199.14 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 305.00 | .00 | 305.00 |
| PAY DAY EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS INC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| SST INC | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET BEHAVIOR | UNSECURED | NOT FILED | .00 | .00 |
| SUN CASH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRS INC | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 396.00 | .00 | 396.00 |

```
          Summary of disbursements:
------------------------------------------------------------------------
                SECURED     PRIORITY    UNSECURED     OTHER      TOTAL
------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED         395.00           .00        5268.23            .00        5663.23
PRINCIPAL PAID             395.00           .00        5268.23            .00        5663.23
INTEREST PAID               29.74           .00            .00            .00          29.74
TOTAL PAID                 424.74           .00        5268.23            .00        5692.97
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00 and was paid $     5.00   direct and $   2995.00   through the plan.

The Trustee received $    316.24 .

Refunds to the Debtor totaled $    229.83 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                                 PAGE   2
            CASE NO. 05 B 63980 ELIZABETH BORNER